# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| **In the Matter of the Search of:**<br>Information associated with accounts identified as:<br>User ID: 1073720117764046908, Username:<br>Urbanfox#9678, User ID: 868231540734320671,<br>Username: Mushroom#0324, and User ID:<br>227795568695574530 that is within the possession,<br>custody, or control of Discord, Inc. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 8:24-mj-00263-DUTY |

### APPLICATION FOR WARRANT BY TELEPHONE PURSUANT TO 18 U.S.C. § 2703

I, a federal law enforcement officer, request a warrant pursuant to Title 18, United States Code, Section 2703, and state under penalty of perjury that I have reason to believe that within the following data:

*See Attachment A*

There are now concealed or contained the items described below:

*See Attachment B*

The basis for the search is:

☒ Evidence of a crime;
☒ Contraband, fruits of crime, or other items illegally possessed;
☐ Property designed for use, intended for use, or used in committing a crime.

The search is related to a violation of:

| *Code section(s)* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251 (a) | Production of child pornography |
| 18 U.S.C. § 2252A (a) (5) (B) | Possession of child pornography |
| 18 U.S.C. § 2422 (b) | Use of a facility of interstate commerce to induce a minor to engage in criminal sexual activity |

The application is based on these facts:

*See attached Affidavit, which is incorporated herein by reference.*

*/s/ Tory Torres*
*Applicant's signature*
Tory Torres, Special Agent ICE-HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

City and State:  __Santa Ana, California__

*Judge's signature*
Hon. Autumn D. Spaeth, U.S. Magistrate Judge
*Printed name and title*

AUSA: Melissa Rabbani (x 3499)

**AFFIDAVIT**

I, Tory Torres, being duly sworn, declare and state as follows:

**I.     INTRODUCTION**

1.     I am a Special Agent ("SA") with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), assigned to the Special Agent in Charge in Los Angeles, Office of the Assistant Special Agent in Charge, Orange County, California. I have been so employed since January 2019. As a part of my Special Agent training, I completed the Criminal Investigator Training Program and the HSI Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, in August 2019. As part of my daily duties as an HSI SA, I investigate, among other things, offenses related to the sexual exploitation of children and child pornography in the Central District of California as part of the HSI Orange County Child Exploitation Task Force ("OCCETF"). HSI's OCCETF is responsible for enforcing federal criminal statutes that prohibit the sexual exploitation of children under 18 U.S.C. § 2251, et seq. I have received training regarding the investigation of child pornography and child exploitation offenses, and I am therefore familiar with numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including digital media. I have also participated in the execution of numerous search warrants, many of which were executed as part of investigations of child exploitation and child pornography offenses. Moreover, I am a federal law enforcement officer

engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and 2422 and I am authorized by law to request a search warrant.

2.    I make this affidavit in support of an application for a warrant for information associated with the accounts identified as User ID: 1073720117764046908/ Username: Urbanfox#9678 (the "SUBJECT ACCOUNT 1"), User ID: 868231540734320671/ Username: Mushroom#0324 (the "SUBJECT ACCOUNT 2") and User ID: 227795568695574530 (the "SUBJECT ACCOUNT 3") that is stored at premises controlled by Discord, Inc. (the "PROVIDER"), a provider of electronic communication and remote computing services, headquartered at 444 De Haro St, Suite 200 San Francisco, CA 94107.[1]  The information to be searched is described in Attachment A.  This affidavit is made in support of an application for a warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), 2703(c)(1)(A) and 2703(d)[2] to require

---

[1] Because this Court has jurisdiction over the offense(s) being investigated, it may issue the warrant to compel the PROVIDER pursuant to 18 U.S.C. §§ 2703(a), (b)(1)(A), (c)(1)(A). See 18 U.S.C. §§ 2703(a) ("A governmental entity may require the disclosure by a provider . . . pursuant to a warrant issued using the procedures described in the Federal Rules of Criminal Procedure . . . by a court of competent jurisdiction") and 2711 ("the term 'court of competent jurisdiction' includes -- (A) any district court of the United States (including a magistrate judge of such a court) or any United States court of appeals that -- (i) has jurisdiction over the offense being investigated; (ii) is in or for a district in which the provider of a wire or electronic communication service is located or in which the wire or electronic communications, records, or other information are stored; or (iii) is acting on a request for foreign assistance pursuant to section 3512 of this title").

[2] The government is seeking non-content records pursuant to 18 U.S.C. § 2703(d).  To obtain the basic subscriber information, which does not contain content, the government
*(footnote cont'd on next page)*

the PROVIDER to disclose to the government copies of the information (including the content of communications) described in Section II of Attachment B.  Upon receipt of the information described in Section II of Attachment B, law enforcement agents and/or individuals assisting law enforcement and acting at their direction will review that information to locate the items described in Section III of Attachment B.  Attachments A and B are incorporated herein by reference.

    3.   As described more fully below, I respectfully submit there is probable cause to believe that the information associated with the SUBJECT ACCOUNTS constitutes evidence, contraband, fruits, or instrumentalities of criminal violations of Title 18, United States Code, Sections 2251(a) (production of child pornography); 2252A(a)(5)(B) (possession of child pornography); and 2422(b) (use of a facility of interstate commerce to induce a minor to engage in criminal sexual activity)*,* hereinafter referred to as the "TARGET OFFENSES."

    4.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and

---

needs only a subpoena.  See 18 U.S.C. § 2703(c)(1), (c)(2).  To obtain additional records and other information--but not content--pertaining to subscribers of an electronic communications service or remote computing service, the government must comply with the dictates of section 2703(c)(1)(B), which requires the government to supply specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation in order to obtain an order pursuant to 18 U.S.C. § 2703(d).  The requested warrant calls for both records containing content (see Attachment B paragraph II.10.a.) as well as subscriber records and other records and information that do not contain content (see Attachment B paragraph II.10.b.).

information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II.   SUMMARY OF PROBABLE CAUSE

5.   In September 2023, the Homeland Security Investigations (HSI) Orange County Child Exploitation Taskforce (OCCETF) received Cybertip 172939825 from the National Center for Missing and Exploited Children (NCMEC). The Cybertip included chats that were sexual in nature and Child Sexual Abuse Material (CSAM) sent between SUBJECT ACCOUNT 1 and SUBJECT ACCOUNT 2 on the platform Discord, Inc. Further investigation into the accounts revealed that SUBJECT ACCOUNT 1 is utilized by Joseph NICHOLSON, an adult male who resides in Rancho Santa Margarita, California, and SUBJECT ACCOUNT 2 was utilized by a female minor victim (hereinafter "MV"). MV was subsequently interviewed by law enforcement and confirmed that she chatted with and sent CSAM to NICHOLSON.

6.   NICHOLSON is also the suspect in a pending HSI/State of Colorado investigation involving child exploitation. NICHOLSON has been charged with six counts of sexual exploitation of a child in the State of Colorado and is currently out on bond and attending hearings virtually from Rancho Santa Margarita California. The current child

exploitation offenses were allegedly committed after NICHOLSON's involvement in the previous case.

### III. STATEMENT OF PROBABLE CAUSE

7.    In September 2023, the Homeland Security Investigations (HSI) Orange County Child Exploitation Taskforce (OCCETF) received Cybertip 172939825 from the National Center for Missing and Exploited Children (NCMEC). The Cybertip was from Discord Inc. and included a chat conversation between a suspected child and adult. The adult user reportedly coached the child on how to produce Child Sexual Abuse Material (CSAM) and the child sends those files to the adult.

8.    The identifiers for SUBJECT ACCOUNT 1 were as follows:

    a.    User ID: 1073720117764046908

    b.    Username: Urbanfox#9678

    c.    IP Address: 70.181.91.238 (Login) 02-21-2023 02:27:22 UTC

    d.    Phone: +14125776459

9.    The identifiers for SUBJECT ACCOUNT 2 were as follows:

    a.    User ID: 868231540734320671

    b.    Username: Mushroom#0324

    c.    IP Address: 67.249.196.243 (Login) 02-24-2023 15:38:22 UTC

10.   In November 2024, a DHS summons was sent to Cox Communications for the IP address associated with SUBJECT ACCOUNT 1. The summons revealed the subscriber as Amy Jansen located at 21022 Los Alisos Blvd, Rancho Santa Margarita, CA APT 221.

11.   In January 2024, SA Torres was informed of the Cybertip and summons return and recognized the name of the subscriber as the mother of Joseph NICHOLSON (DOB: 04/07/1998), who is the suspect in an HSI/ State of Colorado case involving child exploitation offenses.

12.   Below is a summary of the HSI/ State of Colorado Case (Case Number : 2023CR1082)

        a.   In November 2020, the Mead Police Department ("MPD") in Mead, Colorado initiated an investigation into a male suspect soliciting sexually explicit photographs from a minor female (the "Minor Victim") on several social media platforms. MPD completed a forensic interview of the Minor Victim and obtained several search warrants to the social media accounts which revealed sexually explicit conduct between the suspect and the Minor Victim.  MPD determined that the suspect resided in Orange County, California and an investigation lead was sent to the HSI OCCETF.  HSI OCCETF was subsequently able to identify the suspect as Joseph NICHOLSON, who resides in Rancho Santa Margarita, CA.

        b.   On February 24, 2022, HSI OCCETF executed a residential search warrant at NICHOLSON's address and seized several electronic devices. A subsequent forensic search of a Google Cell Phone revealed that NICHOLSON was the user of the Discord account in question and had messages from the Minor Victim stored on the phone.

        c.   Based on the location of the Minor Victim, the case was accepted for prosecution from the Mead District

Attorney's office. On April 16, 2024, the OCCETF was provided
the Colorado State Case details as the following:

       d.   People Of The State Of Colorado Vs. Nicholson,
Joseph Raymon - 2023CR1082

           i.  Charge 1: Sexual Exploitation/child-
production Performance

           ii.  Charge 2: Sexual Exploitation/child-
induce/entice

           iii. Charge 3: Internet Sex Exploitation Of A
Child

           iv.  Charge 4: Internet Sex Exploitation Of A
Child

           v.   Charge 5: Sexual Contact-coerce Child

           vi.  Charge 6:  Sexual Contact-coerce Child

       e.   NICHOLSON is currently out on bond and virtually
attending court hearings from his residence in Rancho Santa
Margarita, California. NICHOLSON is set to virtually appear for
a dispositional hearing on July 15th.

    13.  The phone number provided in the current Cybertip was
also the phone number linked to NICHOLSON's Discord account in
the previous case. Based on this information, it was determined
that NICHOLSON engaged in the current child exploitation
offenses while he was being investigated for previous child
exploitation offenses.

    14.  In January 2024, the OCCETF contacted the New York
State Police to help identify the MV based on the reported IP
Address from the Cybertip.

15.   On February 5, 2024, Investigator Stephen Scaramuzzino and Investigator Joseph Lomonico of the New York State Police interviewed the MV. The MV disclosed that she utilized SUBJECT ACCOUNT 2 and would regularly conversate with SUBJECT ACCOUNT 1. The MV does recall sending SUBJECT ACCOUNT 1 images and videos. The MV disclosed that she was 14 years old when she was engaging with SUBJECT ACCOUNT 1 on Discord and remembers telling him how old she was at the time.

16.  Based on the interview with the MV, SA Torres was able to determine that the images and videos associated with the Cybertip were CSAM. Below are the descriptions of the CSAM files:

a.   File Name: 1073759105086402691.mp4

i.   MD5 Hash: b834c0de74618656294c98f2aaa4bd5a

ii.  Duration: 46 seconds

iii. Description: the video depicts a fully nude minor female with short brown hair, sitting on the floor against a bed with her legs spread open to expose her vagina and anus. The minor female is masturbating and digitally penetrating her vagina. The background has a green wall, a poster with the words "My Hero Academia," and a shelf with various stuffed animals and figurines. The bed has a pink comforter.

b.   File Name: 1073757878005022730.mp4

i.   MD5 Hash: 6441dc0d0efb92e696ea059780932035

ii.  Duration: 31 seconds

iii. Description: the video depicts a minor female with short brown hair, wearing a black shirt pulled up

over her breasts, sitting on the floor against a bed with her
legs spread open to expose her vagina and anus. The minor female
is masturbating her vagina with her fingers. The background is
the same as the file above.

      c.   File Name: 1073756448988868668.jpeg

        i.  MD5 Hash: b18f70b08a217877b4e5a2c2b2c5ce99

        ii.  Description: the image depicts a minor
female with short brown hair, wearing a black shirt pulled up
over her breasts, sitting on the floor against a bed with her
legs spread open to expose her vagina and anus. The background
is the same as the file above.

17.  In May 2024, SA Torres reviewed the chat conversations
between SUBJECT ACCOUNT 1 and SUBJECT ACCOUNT 2 and determined
that NICHOLSON, after being informed that MV was 14 years old,
instructed her to create and send CSAM, offered to travel to her
to engage in sexual activity in person, and admitted to knowing
his conduct was illegal. The MV sent the CSAM detailed above
throughout their conversations. The full chats are presented in
EXHIBIT 1.

18.  The Cybertip also detailed another account, SUBJECT
ACCOUNT 3, that NICHOLSON was confirmed to be operating based on
the same IP Address and phone number as SUBJECT ACCOUNT 1.

19.  On May 20, 2024, I sent the PROVIDER a preservation
letter requesting that information associated with the SUBJECT
ACCOUNTS be preserved for 90 days pursuant to 18 U.S.C.
§ 2703(f).

20.  Other than what has been described herein, to my knowledge the United States has not attempted to obtain the contents of the SUBJECT ACCOUNTS by other means.

### IV.   **BACKGROUND ON DISCORD**

21.  Discord is a voice, video, media and text (chat) communication service/platform in which users can communicate in private chats, ranging from 1-10 users, or as part of a larger group/community called servers.  Servers are also broken down into subcategories, or channels.  Discord maintains these media, and text (chat) communications, whether they occurred on a server or in private chats.  Discord asks each of their subscribers to provide certain identifying information when registering for an account.  This information can include, but is not limited to: a username, subscriber's full name, date of birth, physical address, telephone numbers, other identifiers, and/or e-mail addresses (which Discord can indicate if this email address has been verified or not).  Information provided to and maintained by Discord by paying subscribers can include a means and source of payment (creditor bank account number).

22.  Discord assigns a unique 18-digit User ID after an account is created.  Discord and other providers of similar services, retain certain transactional information about the creation and use of each account on their systems.  This information can include, but is not limited to: the date and time at which the account was created, the length of service, records of log-in (i.e., session) times and durations, friends list, the status of the account (including whether the account

is inactive or closed), the methods used to connect to the account, and other log files that reflect usage of the account.

23.   Discord also has records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account.  Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the account.  In some cases, account users will communicate directly with a provider, in this case, Discord, about issues relating to their account, such as technical problems, billing inquiries, and/or complaints from other users.  Providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

24.   Information related to the SUBJECT ACCOUNTS is stored at premises owned, maintained, controlled, or operated by Discord, Inc., headquartered at 444 De Haro St., Suite 200, San Francisco, CA 94107.

**V.   BACKGROUND ON THE SEIZURE OF DIGITAL EVIDENCE FROM THE PROVIDER**

25.   I know from my training and experience that the complete contents of an account may be important to establishing the actual user who has dominion and control of that account at a given time.  Accounts may be registered in false names or

screen names from anywhere in the world with little to no verification by the service provider.  They may also be used by multiple people.  Given the ease with which accounts may be created under aliases, and the rarity with which law enforcement has eyewitness testimony about a defendant's use of an account, investigators often have to rely on circumstantial evidence to show that an individual was the actual user of a particular account.  Only by piecing together information contained in the contents of an account may an investigator establish who the actual user of an account was.  Often those pieces will come from a time period before the account was used in the criminal activity.  Limiting the scope of the search would, in some instances, prevent the government from identifying the true user of the account and, in other instances, may not provide a defendant with sufficient information to identify other users of the account.  Therefore, the contents of a given account, including the email addresses or account identifiers and messages sent to that account, often provides important evidence regarding the actual user's dominion and control of that account.  For the purpose of searching for content demonstrating the actual user(s) of a SUBJECT ACCOUNT, I am requesting a warrant requiring the PROVIDER to turn over all information associated with a SUBJECT ACCOUNT with the date restriction included in Attachment B for review by the search team.

26.  Relatedly, the government must be allowed to determine whether other individuals had access to a SUBJECT ACCOUNT.  If the government were constrained to review only a small

subsection of an account, that small subsection might give the misleading impression that only a single user had access to the account.

27.  I also know based on my training and experience that criminals discussing their criminal activity may use slang, short forms (abbreviated words or phrases such as "lol" to express "laugh out loud"), or codewords (which require entire strings or series of conversations to determine their true meaning) when discussing their crimes.  They can also discuss aspects of the crime without specifically mentioning the crime involved.  In the electronic world, it is even possible to use pictures, images and emoticons (images used to express a concept or idea such as a happy face inserted into the content of a message or the manipulation and combination of keys on the computer keyboard to convey an idea, such as the use of a colon and parenthesis :) to convey a smile or agreement) to discuss matters.  "Keyword searches" would not account for any of these possibilities, so actual review of the contents of an account by law enforcement personnel with information regarding the identified criminal activity, subject to the search procedures set forth in Attachment B, is necessary to find all relevant evidence within the account.

28.  This application seeks a warrant to search all responsive records and information under the control of the PROVIDER, which is subject to the jurisdiction of this court, regardless of where the PROVIDER has chosen to store such information.

29.  As set forth in Attachment B, I am requesting a warrant that permits the search team to keep the original production from the PROVIDER, under seal, until the investigation is completed and, if a case is brought, that case is completed through disposition, trial, appeal, or collateral proceeding.

a.  I make that request because I believe it might be impossible for a provider to authenticate information taken from a SUBJECT ACCOUNT as its business record without the original production to examine.  Even if the provider kept an original copy at the time of production (against which it could compare against the results of the search at the time of trial), the government cannot compel the provider to keep a copy for the entire pendency of the investigation and/or case.  If the original production is destroyed, it may be impossible for the provider to examine a particular document found by the search team and confirm that it was a business record of the provider taken from a SUBJECT ACCOUNT.

b.  I also know from my training and experience that many accounts are purged as part of the ordinary course of business by providers.  For example, if an account is not accessed within a specified time period, it -- and its contents -- may be deleted.  As a consequence, there is a risk that the only record of the contents of an account might be the production that a provider makes to the government, for example, if a defendant is incarcerated and does not (perhaps cannot) access his or her account.  Preserving evidence, therefore,

14

would ensure that the government can satisfy its Brady obligations and give the defendant access to evidence that might be used in his or her defense.

### VI.  **BACKGROUND ON COMPUTERS AND CHILD PORNOGRAPHY**

30.  Based on my knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, I am aware that computers, computer technology, and the Internet have drastically changed the manner in which child pornography is produced and distributed. Computers serve four basic functions in connection with child pornography: production, communication, distribution, and storage.

31.  Child pornographers can upload images or video clips directly from a digital camera to a computer. Once uploaded, they can easily be edited, manipulated, copied, and distributed. Paper photographs can be transferred to a computer-readable format and uploaded to a computer through the use of a scanner. Once uploaded, they too can easily be edited, manipulated, copied, and distributed. A modem allows any computer to connect to another computer through the use of a telephone, cable, or wireless connection. Through the internet, electronic contact can be made to literally millions of computers around the world.

32.  The computer's ability to store images in digital form makes it an ideal repository for child pornography. The size of the electronic storage media (commonly referred to as the hard

drive) used in home computers has grown tremendously in the last several years.  These drives can store thousands of high-resolution images.  Images and videos of child pornography can also be stored on removable data storage media, such as external hard drives, thumb drives, media cards, and the like, many of which are small and highly portable and easily concealed, including on someone's person or inside his or her vehicle.

33.  The internet affords collectors of child pornography multiple venues for obtaining, viewing, and trading child pornography in a relatively secure and anonymous fashion, including Internet Relay Chat (IRC), instant messaging programs, bulletin board services, e-mail, and "peer-to-peer" (P2P) file sharing programs such as LimeWire and eMule, and networks such as eDonkey, Gnutella, ARES, Tumblr, and BitTorrent, among others.  Collectors and distributors of child pornography sometimes also use online resources such as "cloud" storage services to store and retrieve child pornography.  Such online services allow a user to set up an account with a remote computing service that provides e-mail services as well as electronic storage of computer files in a variety of formats.  A user can set up an online storage account from any computer with access to the Internet.  Evidence of such online storage of child pornography is often found on the user's computer.

34.  An Internet Protocol (IP) address is a unique number that devices such as computers, routers, internet fax machines, printers, etc. use in order to identify and communicate with each other over a network.  Each device must have its own unique

IP address.  An IP address can be thought of as a street
address.  Just as a street address identifies a particular
building, an IP address identifies a particular Internet or
network access device.  When a user logs on to his/her Internet
Service Provider (ISP), the user is assigned an IP address for
the purpose of communication over the network.  ISPs keep
records of who IP addresses are assigned to by date and time and
can provide the internet access account associated with a
designated IP address at a particular date and time.  Similarly,
cell phone service providers also generally keep IP records that
can identify what device (cell phone) utilized the IP address at
a certain date and time.

    35.  As with most digital technology, communications made
from a computer are often saved or stored on that
computer.  Storing this information can be intentional, for
example, by saving an e-mail as a file on the computer or saving
the location of one's favorite websites in "bookmarked"
files.  Digital information can also be retained
unintentionally.  Traces of the path of an electronic
communication may be automatically stored in many places, such
as temporary files or ISP client software, among others.  In
addition to electronic communications, a computer user's
Internet activities generally leave traces in the computer's web
cache and internet history files.  A forensic examiner often can
recover evidence that shows whether a computer contains P2P
software, when the computer was sharing files, and some of the

files that were uploaded or downloaded.  Such information is
often maintained indefinitely until overwritten by other data.

36.  I know based on my training and experience, and based
on conversations I have had with others who investigate child
exploitation offenses, that people who have a sexual interest in
children, including persons who collect and trade in child
pornography, often receive sexual gratification from images and
video clips depicting the sexual exploitation of children.  They
may also use such images and videos to lower the inhibitions of
children who they wish to sexually abuse.  Such persons maintain
their collections of child pornography in safe, secure, and
private locations, such as their residence or vehicle, and on
computers and digital storage media or in cloud storage accounts
under their direct control.  Such persons often maintain their
collections, which are considered prized possessions, for long
periods of time, and prefer not to be without their collections
for any prolonged period of time.  In some recent cases,
however, some persons with a sexual interest in children have
been found to download and delete child pornography on a
cyclical and repetitive basis, rather than storing a collection
of child pornography indefinitely.

37.  I also know from my training and experience that
persons who download child pornography from the internet, and
those who collect child pornography, frequently save images and
videos of child pornography on their computers and/or transfer
copies to other computers and storage media, including external
hard drives, thumb drives, flash drives, SD cards, and CDs or

DVDs.  They also frequently store child pornography in online or cloud storage accounts.  Moreover, it is common in child pornography investigations to find child pornography on multiple devices and/or storage media located in suspects' homes, rather than on a single device.

38.  I know based on my training and experience that many social media applications can be directly accessed and used with one's cellular phone.  Oftentimes, these applications require the user to download the application directly to their phone, which then allows seamless use between the cellular phone and the social media website.

## VII. <u>REQUEST FOR NON-DISCLOSURE</u>

39.  Pursuant to 18 U.S.C. § 2705(b), I request that the Court enter an order commanding the PROVIDER not to notify any person, including the subscriber(s) of the SUBJECT ACCOUNTS, of the existence of the warrant until further order of the Court, until written notice is provided by the United States Attorney's Office that nondisclosure is no longer required, or until one year from the date the requested warrant is signed by the magistrate judge, or such later date as may be set by the Court upon application for an extension by the United States.  There is reason to believe that such notification will result in (1) endangering the life or physical safety of an individual; (2) flight from prosecution; (3) destruction of or tampering with evidence; (4) intimidation of potential witnesses; or (5) otherwise seriously jeopardizing the investigation.

## VIII.     <u>CONCLUSION</u>

40.   Based on the foregoing, I request that the Court issue the requested warrant.  The government will execute this warrant by serving the warrant on the PROVIDER.  Because the warrant will be served on the PROVIDER, which will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.


                                        /s/ Tory Torres
                                        _____
                                        TORY TORRES, Special Agent
                                        HOMELAND SECURITY
                                        INVESTIGATIONS


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ____ day of
June, 2024.


_____
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

## <u>ATTACHMENT A</u>

### PROPERTY TO BE SEARCHED

This warrant applies to information associated with the SUBJECT ACCOUNTS identified as:

1. User ID: 1073720117764046908, Username: Urbanfox#9678

2. User ID: 868231540734320671, Username: Mushroom#0324

3. User ID: 227795568695574530

that is within the possession, custody, or control of Discord, Inc., a company headquartered at 444 De Haro St., Suite 200, San Francisco, CA 94107, regardless of where such information is stored, held, or maintained. Discord receives legal process by email to lawenforcement@discord.com.

## ATTACHMENT B

### ITEMS TO BE SEIZED

## I. SEARCH PROCEDURES

1.   The warrant will be presented to personnel of Discord, Inc. (the "PROVIDER"), who will be directed to isolate the information described in Section II below.

2.   To minimize any disruption of service to third parties, the PROVIDER's employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the information described in Section II below.

3.   The PROVIDER's employees will provide in electronic form the exact duplicate of the information described in Section II below to the law enforcement personnel specified below in Section IV.

4.   With respect to contents of wire and electronic communications produced by the PROVIDER (hereafter, "content records," see Section II.10.a. below), law enforcement agents and/or individuals assisting law enforcement and acting at their direction (the "search team") will examine such content records pursuant to search procedures specifically designed to identify items to be seized under this warrant.  The search shall extract and seize only the specific items to be seized under this warrant (see Section III below).  The search team may use forensic examination and searching tools, such as "EnCase" and "FTK" (Forensic Tool Kit), which tools may use hashing and other sophisticated techniques to search for known images of child

i

pornography.  The review of the electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the investigating agency may deliver a complete copy of the seized, copied, or disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

5.   The search team will not seize contraband or evidence relating to other crimes outside the scope of the items to be seized without first obtaining a further warrant to search for and seize such contraband or evidence.

6.   The search team will complete its search of the content records as soon as is practicable but not to exceed 120 days from the date of receipt from the PROVIDER of the response to this warrant.  The government will not search the content records beyond this 120-day period without first obtaining an extension of time order from the Court.

7.   Once the search team has completed its review of the content records and created copies of the items seized pursuant to the warrant, the original production from the PROVIDER will be sealed -- and preserved by the search team for authenticity and chain of custody purposes -- until further order of the Court.  Thereafter, the search team will not access the data from the sealed original production which fell outside the scope of the items to be seized absent further order of the Court.

8.    The special procedures relating to digital data found in this warrant govern only the search of digital data pursuant to the authority conferred by this warrant and do not apply to any search of digital data pursuant to any other court order.

9.    Pursuant to 18 U.S.C. § 2703(g) the presence of an agent is not required for service or execution of this warrant.

## II.    INFORMATION TO BE DISCLOSED BY THE PROVIDER

10.    To the extent that the information described in Attachment A is within the possession, custody, or control of the PROVIDER, regardless of whether such information is located within or outside of the United States, including any information that has been deleted but is still available to the PROVIDER, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the PROVIDER is required to disclose the following information to the government for each SUBJECT ACCOUNTS listed in Attachment A:

a.    All contents of all wire and electronic communications associated with the SUBJECT ACCOUNTS, from the inception of the account until the date of the warrant, including:

i.    All emails, communications, or messages of any kind associated with the SUBJECT ACCOUNTS, including stored or preserved copies of messages sent to and from the account, draft messages, deleted messages, and messages maintained in trash or any other folders or tags or labels, as well as all header information associated with each email or message

(including the actual IP addresses of the sender and recipients
of the emails), and any related documents or attachments.

        ii.  All records or other information stored by
subscriber(s) of the SUBJECT ACCOUNTS, including address books,
contact and buddy lists, calendar data, pictures, videos, notes,
texts, links, user profiles, account settings, access logs, and
files.

        iii. Any CyberTipline Reports or any
correspondence with National Center for Missing and Exploited
Children (NCMEC) related to the SUBJECT ACCOUNTS including
communications, chats, texts, emails, or media files.

        iv.  All records pertaining to communications
between the PROVIDER and any person regarding the SUBJECT
ACCOUNTS, including contacts with support services and records
of actions taken.

     b.  All other records and information, including:

        i.  All subscriber information, including the
date on which the account was created, the length of service,
the IP address used to register the account, the subscriber's
full name(s), screen name(s), any alternate names, other account
names or email addresses associated with the account, linked
accounts, telephone numbers, physical addresses, and other
identifying information regarding the subscriber, including any
removed or changed names, email addresses, telephone numbers or
physical addresses, the types of service utilized, account
status, account settings, login IP addresses associated with
session dates and times, as well as means and source of payment,

including detailed billing records, **and including any changes made to any subscriber information** or services, including specifically changes made to secondary email accounts, phone numbers, passwords, identity or address information, or types of services used, and including the dates on which such changes occurred, for the following accounts:

      (I) the SUBJECT ACCOUNTS.

    ii. All user connection logs and transactional information of all activity relating to the SUBJECT ACCOUNTS described above in Section II.10.a., including all log files, dates, times, durations, data transfer volumes, methods of connection, IP addresses, ports, routing information, dial-ups, and locations, and including specifically the specific product name or service to which the connection was made.

**III.**  **INFORMATION TO BE SEIZED BY THE GOVERNMENT**

  11. For each SUBJECT ACCOUNT listed in Attachment A, the search team may seize:

    a. All information described above in Section II.10.a. that constitutes evidence, contraband, fruits, or instrumentalities of violations of the TARGET OFFENSES namely:

      i. Messages, communications, records, and files associated with or attached to email or chat messages, and transactional data that constitute evidence of, or that may have been used to facilitate, or that were capable of being used to commit or further the TARGET OFFENSES;

ii.   Images, videos, and other files depicting children engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

iii. Communications that pertain to or that are evidence of the production, advertisement, distribution, receipt, or possession of child pornography, or accessing with the intent to view child pornography;

iv.   Information relating to who created, used, or communicated with the account, including records about their identities and whereabouts;

v.    Information indicating the account owner's or user's state of mind as it relates to the crimes under investigation; and

vi.   Subscriber information related to the accounts established to host the site enumerated in Attachment A, to include:

(I)   Names, physical addresses, telephone numbers and other identifiers, email addresses, and business information.

(II)  Length of service (including start date), types of service utilized, means and source of payment for services (including any credit card or back account number), and billing and payment information.

## IV.   <u>PROVIDER PROCEDURES</u>

12.  Notwithstanding 18 U.S.C. § 2252/2252A or any similar statute or code, the provider shall disclose responsive data by

sending it to the following address via US Mail, or to the
following email address:

> Special Agent Tory Torres
> 34 Civic Center Plaza, Santa Ana, CA 92701
> 562-991-3956
> Tory.torres@hsi.dhs.gov

13.   IT IS FURTHER ORDERED that the PROVIDER shall provide
the name and contact information for all employees who conduct
the search and produce the records responsive to this warrant.

14.   IT IS FURTHER ORDERED, pursuant to 18 U.S.C.
§ 2705(b), that the PROVIDER shall not notify any person,
including the subscriber(s) of each account identified in
Attachment A, of the existence of the warrant, until further
order of the Court, until written notice is provided by the
United States Attorney's Office that nondisclosure is no longer
required, or until one year from the date this warrant is signed
by the magistrate judge or such later date as may be set by the
Court upon application for an extension by the United States.
Upon expiration of this order, at least ten business days prior
to disclosing the existence of the warrant, the PROVIDER shall
notify the agent identified in paragraph 12 above of its intent
to so notify.

**EXHIBIT 1**

1.   Discord Chat Detailing CSAM Exchange

| DISCORD ACCOUNT | DATE/TIME | MESSAGE |
|---|---|---|
| Urbanfox#9678 | 2023-02-10 23:49:22 | I really want u babe |
| Mushroom#0324 | 2023-02-10 23:49:36 | Ik I'm sorry |
| Mushroom#0324 | 2023-02-10 23:49:42 | I promise I'm trying |
| Urbanfox#9678 | 2023-02-10 23:50:53 | Baby girl r u able to prop ur phone against the wall on the ground |
| Urbanfox#9678 | 2023-02-10 23:50:55 | And sit in front of it |
| Mushroom#0324 | 2023-02-10 23:51:16 | Yea? |
| Urbanfox#9678 | 2023-02-10 23:53:49 | Do that for me |
| Urbanfox#9678 | 2023-02-10 23:53:56 | Actually |
| Urbanfox#9678 | 2023-02-10 23:53:58 | Sit on ur knees |
| Urbanfox#9678 | 2023-02-10 23:54:06 | And show me |
| Mushroom#0324 | 2023-02-10 23:57:09 | Wait on my knees or in the w position? |
| Urbanfox#9678 | 2023-02-10 23:57:22 | Knees |
| Urbanfox#9678 | 2023-02-10 23:57:24 | Please |
| Urbanfox#9678 | 2023-02-10 23:57:29 | Wait |
| Urbanfox#9678 | 2023-02-10 23:57:32 | What's the w position |
| Urbanfox#9678 | 2023-02-10 23:57:43 | Did u already take a pic? |
| Urbanfox#9678 | 2023-02-10 23:57:45 | Show me what u took |
| Mushroom#0324 | 2023-02-10 23:57:46 | Nu |
| Urbanfox#9678 | 2023-02-10 23:57:51 | Oh ok |
| Urbanfox#9678 | 2023-02-10 23:57:57 | Here do this |
| Urbanfox#9678 | 2023-02-10 23:57:59 | One on ur knees |
| Urbanfox#9678 | 2023-02-10 23:58:08 | And then do one with ur legs up |
| Urbanfox#9678 | 2023-02-10 23:58:11 | And spread them wide |
| Urbanfox#9678 | 2023-02-10 23:58:19 | But like hold down ur shirt over ur pussy like ur hiding it |
| Mushroom#0324 | 2023-02-10 23:58:19 | Oki |
| Urbanfox#9678 | 2023-02-11 00:01:21 | You take them babe? |
| Mushroom#0324 | 2023-02-11 00:01:35 | Mhm |
| Mushroom#0324 | 2023-02-11 00:01:46 | Image sent from Victim to Suspect (not included by Discord) |
| Urbanfox#9678 | 2023-02-11 00:01:56 | Omg |

| Mushroom#0324 | 2023-02-11 00:01:56 | Sorry if it's hard to see |
|---|---|---|
| Urbanfox#9678 | 2023-02-11 00:02:01 | Do y have panties on? |
| Urbanfox#9678 | 2023-02-11 00:02:03 | *u |
| Mushroom#0324 | 2023-02-11 00:02:14 | Yeah |
| Urbanfox#9678 | 2023-02-11 00:02:22 | Baby girl I love how sexy u r |
| Urbanfox#9678 | 2023-02-11 00:02:47 | Do the first one again but this time without your shirt on |
| Urbanfox#9678 | 2023-02-11 00:02:51 | But leave your panties on |
| Urbanfox#9678 | 2023-02-11 00:02:56 | And pull them up really tight |
| Urbanfox#9678 | 2023-02-11 00:03:07 | Like basically give yourself a wedgie with ur underwear |
| Mushroom#0324 | 2023-02-11 00:04:42 | Hehe bby I took another one for u |
| **Mushroom#0324** | **2023-02-11 00:04:46** | **CSAM sent from Victim to Suspect**<br><br>**(File: 1073756448988868668.jpeg)** |
| Urbanfox#9678 | 2023-02-11 00:04:50 | Omfg |
| Urbanfox#9678 | 2023-02-11 00:05:01 | Baby girl |
| Mushroom#0324 | 2023-02-11 00:05:08 | Hii |
| Urbanfox#9678 | 2023-02-11 00:05:09 | I want to stuff that little cunt |
| Urbanfox#9678 | 2023-02-11 00:05:21 | God I love ur body baby girl |
| Urbanfox#9678 | 2023-02-11 00:05:25 | I want to massage u |
| Urbanfox#9678 | 2023-02-11 00:05:34 | I want to rub and feel ur body so much |
| Urbanfox#9678 | 2023-02-11 00:05:47 | Look at those beautiful legs omg |
| Urbanfox#9678 | 2023-02-11 00:05:54 | I'm gonna lay in between them |
| Urbanfox#9678 | 2023-02-11 00:06:01 | And I'm gonna kiss ur thighs baby girl |
| Urbanfox#9678 | 2023-02-11 00:06:09 | And lick ur pussy |
| Urbanfox#9678 | 2023-02-11 00:06:10 | Thank youuuu |
| Urbanfox#9678 | 2023-02-11 00:06:27 | Baby girl ur seriously perfect |
| Urbanfox#9678 | 2023-02-11 00:06:34 | Take a video from this angle |
| Urbanfox#9678 | 2023-02-11 00:06:43 | And slowly rub your pussy for me |
| Mushroom#0324 | 2023-02-11 00:07:02 | Okii |
| Urbanfox#9678 | 2023-02-11 00:08:11 | Baby girl I have one little rule for you ok? |
| Urbanfox#9678 | 2023-02-11 00:08:23 | Only take nudes with your face in it for me, and no one else ok? |
| Mushroom#0324 | 2023-02-11 00:09:21 | But what about my bf? |
| Urbanfox#9678 | 2023-02-11 00:09:35 | Do you already take nudes with ur face in it |

| | | for him? |
|---|---|---|
| Mushroom#0324 | 2023-02-11 00:09:40 | Mhm |
| Urbanfox#9678 | 2023-02-11 00:09:49 | Ok him too then |
| Urbanfox#9678 | 2023-02-11 00:09:53 | Just always be careful babe |
| Urbanfox#9678 | 2023-02-11 00:09:59 | Don't do it for anyone else |
| Mushroom#0324 | 2023-02-11 00:10:11 | Okii |
| Urbanfox#9678 | 2023-02-11 00:10:13 | Did u take that video sweetie? |
| Mushroom#0324 | 2023-02-11 00:10:17 | Mhn |
| **Mushroom#0324** | **2023-02-11 00:10:27** | **CSAM sent from Victim to Suspect**<br><br>**(File: 1073757878005022730.mp4)** |
| Urbanfox#9678 | 2023-02-11 00:11:08 | God it should be illegal to be this adorable and sexy |
| Urbanfox#9678 | 2023-02-11 00:11:18 | Baby girl take ur shirt off |
| Urbanfox#9678 | 2023-02-11 00:11:28 | And I want you to take a longer video of u rubbing |
| Urbanfox#9678 | 2023-02-11 00:11:35 | And slowly go faster |
| Mushroom#0324 | 2023-02-11 00:11:50 | Okii |
| **Mushroom#0324** | **2023-02-11 00:15:20** | **CSAM sent from Victim to Suspect**<br><br>**(File: 1073759105086402691.mp4)** |
| Urbanfox#9678 | 2023-02-11 00:16:00 | Omg |
| Urbanfox#9678 | 2023-02-11 00:16:02 | Baby girl |
| Urbanfox#9678 | 2023-02-11 00:16:09 | My cock needs to be inside of u |
| Urbanfox#9678 | 2023-02-11 00:16:13 | Take another video |
| Urbanfox#9678 | 2023-02-11 00:16:18 | And I want you to finger yourself |
| Urbanfox#9678 | 2023-02-11 00:16:28 | And I want u to speed up as the video goes |
| Urbanfox#9678 | 2023-02-11 00:16:36 | All the way to the point ur going really fast |
| Mushroom#0324 | 2023-02-11 00:17:00 | Do I gotta? Is extremely cold and am shivering |
| Mushroom#0324 | 2023-02-11 00:17:02 | I'm sorry |
| Urbanfox#9678 | 2023-02-11 00:17:23 | Put a blanket around yourself |
| Urbanfox#9678 | 2023-02-11 00:17:27 | Can you do that |
| Urbanfox#9678 | 2023-02-11 00:17:30 | And take the video |
| Urbanfox#9678 | 2023-02-11 00:17:33 | Does that work babe? |
| Urbanfox#9678 | 2023-02-11 00:18:16 | Baby girl |
| Urbanfox#9678 | 2023-02-11 00:18:32 | I want to wrap a blanket around u and me and |

|  |  | I want u on my cock |
|---|---|---|
| Urbanfox#9678 | 2023-02-11 00:18:53 | Imagine my steaming cock slowly sliding in ur little pussy |
| Urbanfox#9678 | 2023-02-11 00:18:56 | It would warm u right up |
| Urbanfox#9678 | 2023-02-11 00:19:28 | Do you want daddy's warm cock? |
| Urbanfox#9678 | 2023-02-11 00:21:12 | Baby girl? You ok? |
| Urbanfox#9678 | 2023-02-11 00:24:50 | Sweetie talk please |
| Urbanfox#9678 | 2023-02-11 00:29:42 | We don't have to do anything |
| Mushroom#0324 | 2023-02-11 00:33:42 | I'm sorry I was talking with my brother |

2. <u>Discord Chat Confirming Suspect's Knowledge of Victim's Age</u>

| DISCORD ACCOUNT | DATE/TIME | MESSAGE |
|---|---|---|
| Urbanfox#9678 | 2023-02-11 00:44:49 | Baby girl if u lived with me would u just let me use u anyway I pleased? |
| Mushroom#0324 | 2023-02-11 00:45:09 | Ofc :3 |
| Urbanfox#9678 | 2023-02-11 00:45:28 | What grade r u in sweetie |
| Mushroom#0324 | 2023-02-11 00:45:39 | 8th |
| Mushroom#0324 | 2023-02-11 00:45:43 | Why? |
| Urbanfox#9678 | 2023-02-11 00:45:49 | Ur 15 right |
| Urbanfox#9678 | 2023-02-11 00:46:02 | Did u get held back a year at some point? |
| Urbanfox#9678 | 2023-02-11 00:46:19 | Or did u start school late or something |
| Urbanfox#9678 | 2023-02-11 00:46:33 | Or r u younger than 15? |
| Urbanfox#9678 | 2023-02-11 00:47:25 | Baby girl? |
| Mushroom#0324 | 2023-02-11 00:47:48 | Well I'm 14 but I'll be 15 soon |
| Urbanfox#9678 | 2023-02-11 00:47:54 | Ooo |
| Urbanfox#9678 | 2023-02-11 00:48:17 | Damn still so long till ur 18 |
| Urbanfox#9678 | 2023-02-11 00:48:34 | I really hope we're still talking by then |

3. <u>Discord Chat of Suspect Offering to Travel to Victim to Engage in Sexual Conduct</u>

| DISCORD ACCOUNT | DATE/TIME | MESSAGE |
|---|---|---|
| Urbanfox#9678 | 2023-02-11 19:30:31 | Would u want to meet up one day baby girl |
| Mushroom#0324 | 2023-02-11 19:36:13 | Hehe yis |
| Urbanfox#9678 | 2023-02-11 19:36:49 | You want daddy to do naughty things to u? |

| Mushroom#0324 | 2023-02-11 19:37:29 | When we meet up yis |
| Urbanfox#9678 | 2023-02-11 19:42:36 | Would u want to meet up anytime |
| Urbanfox#9678 | 2023-02-11 19:42:49 | Or would u want to wait till ur a certain age |
| Mushroom#0324 | 2023-02-11 19:42:58 | When I'm older sure |
| Urbanfox#9678 | 2023-02-11 19:49:44 | Not now? |
| Urbanfox#9678 | 2023-02-11 19:49:49 | What I flew to u |
| Urbanfox#9678 | 2023-02-11 19:50:01 | And we meet up and I fuck that little cunt |
| Mushroom#0324 | 2023-02-11 19:50:40 | You could but my parents wouldn't let you see me |
| Urbanfox#9678 | 2023-02-11 19:50:54 | They wouldn't know |
| Urbanfox#9678 | 2023-02-11 19:51:01 | U could say ur hanging with friends or something |
| Mushroom#0324 | 2023-02-11 19:51:28 | I'm not allowed to go out alone |
| Urbanfox#9678 | 2023-02-11 19:51:37 | Ohh |
| Mushroom#0324 | 2023-02-11 19:51:40 | Unless we went in the woods by my house |
| Urbanfox#9678 | 2023-02-11 19:51:48 | Wait how were u meeting up with that one friend? |
| Urbanfox#9678 | 2023-02-11 19:51:55 | The one that was doing stuff |
| Mushroom#0324 | 2023-02-11 19:52:07 | He came over |
| Urbanfox#9678 | 2023-02-11 19:52:19 | He was using u at ur house? |
| Mushroom#0324 | 2023-02-11 19:52:34 | And we had a class together that was just us and the teacher left a lot |
| Mushroom#0324 | 2023-02-11 19:52:45 | In the woods |

    4.   <u>Discord Chat of Suspect Admitting to Engaging in Illegal Conduct</u>

| DISCORD ACCOUNT | DATE/TIME | MESSAGE |
| --- | --- | --- |
| Urbanfox#9678 | 2023-02-12 03:02:40 | Baby girl do u like doing stuff with ur dog btw |
| Urbanfox#9678 | 2023-02-12 03:02:45 | Or do u only do that for me |
| Mushroom#0324 | 2023-02-12 03:02:56 | Not really |
| Urbanfox#9678 | 2023-02-12 03:03:11 | It does feel good though right? |
| Mushroom#0324 | 2023-02-12 03:03:11 | I feel bad for her bc ik she doesn't wanna |
| Urbanfox#9678 | 2023-02-12 03:03:17 | I mean |
| Urbanfox#9678 | 2023-02-12 03:03:22 | She does |
| Urbanfox#9678 | 2023-02-12 03:03:26 | U weren't forcing her |

| Mushroom#0324 | 2023-02-12 03:03:26 | Yeah but it hurts kinda |
| Urbanfox#9678 | 2023-02-12 03:03:41 | U weren't putting anything on ur pussy either were u? |
| Urbanfox#9678 | 2023-02-12 03:04:06 | And tbh baby I kind think thats hot that it hurts but makes u cum too |
| Mushroom#0324 | 2023-02-12 03:04:14 | Her tongue is rough and she kinda bites |
| Urbanfox#9678 | 2023-02-12 03:04:14 | I loved that ur pussy got so swollen |
| Urbanfox#9678 | 2023-02-12 03:04:22 | Fuck baby |
| Urbanfox#9678 | 2023-02-12 03:04:53 | Do u think another dog would feel better |
| Mushroom#0324 | 2023-02-12 03:05:28 | Idk but is kinda weird bc boo is the only one who stays in my room |
| Urbanfox#9678 | 2023-02-12 03:05:34 | Who's boo |
| Urbanfox#9678 | 2023-02-12 03:05:43 | Oh the one that was licking |
| Urbanfox#9678 | 2023-02-12 03:05:45 | ? |
| Mushroom#0324 | 2023-02-12 03:05:47 | Mhm |
| Urbanfox#9678 | 2023-02-12 03:05:58 | Does she stay in ur room even when she's not licking |
| Urbanfox#9678 | 2023-02-12 03:06:41 | ? |
| Mushroom#0324 | 2023-02-12 03:06:48 | Boo is the one who did it, elli is the one with a mohawk and grim is white |
| Mushroom#0324 | 2023-02-12 03:06:52 | Yeah |
| Mushroom#0324 | 2023-02-12 03:07:04 | Sorry I'll brb I gotta help mom |
| Urbanfox#9678 | 2023-02-12 03:07:07 | I think she likes the taste of ur pussy tbh |
| Urbanfox#9678 | 2023-02-12 03:07:08 | And ok |
| Mushroom#0324 | 2023-02-12 03:07:25 | Hopefully you will too :3 |
| Urbanfox#9678 | 2023-02-12 03:07:30 | I definitely will |
| Mushroom#0324 | 2023-02-12 03:10:41 | Hii |
| Mushroom#0324 | 2023-02-12 03:10:44 | I love you |
| Urbanfox#9678 | 2023-02-12 03:10:51 | I love you too |
| Urbanfox#9678 | 2023-02-12 03:11:13 | Don't feel too bad though baby ur technically not forcing her to lick y |
| Urbanfox#9678 | 2023-02-12 03:11:14 | U |
| Urbanfox#9678 | 2023-02-12 03:11:25 | Like if u were putting stuff on ur pussy that's another thing |
| Urbanfox#9678 | 2023-02-12 03:11:40 | But I mean she likes the taste it's just were using that to also get u off |
| Urbanfox#9678 | 2023-02-12 03:11:43 | But don't feel bad |

| Mushroom#0324 | 2023-02-12 03:11:55 | Hmph |
| Urbanfox#9678 | 2023-02-12 03:12:04 | I'm just trying to make u feel better baby |
| Mushroom#0324 | 2023-02-12 03:12:17 | Is also illgale lol |
| Mushroom#0324 | 2023-02-12 03:12:23 | Iligel |
| Mushroom#0324 | 2023-02-12 03:12:32 | Not legal |
| Urbanfox#9678 | 2023-02-12 03:12:36 | Well so is me doing naughty things to u |
| Urbanfox#9678 | 2023-02-12 03:12:37 | Lol |
| Urbanfox#9678 | 2023-02-12 03:12:40 | But we still do thst |
| Mushroom#0324 | 2023-02-12 03:12:40 | Ik im sorry |
| Urbanfox#9678 | 2023-02-12 03:12:47 | It's ok baby |
| Urbanfox#9678 | 2023-02-12 03:12:51 | Just don't feel bad |
| Mushroom#0324 | 2023-02-12 03:12:54 | Well we haven't actually done itt |
| Mushroom#0324 | 2023-02-12 03:12:58 | Oki |
| Urbanfox#9678 | 2023-02-12 03:13:05 | Well this online stuff is illegal too |
| Urbanfox#9678 | 2023-02-12 03:13:06 | But idc |
| Urbanfox#9678 | 2023-02-12 03:13:08 | I love u |
| Mushroom#0324 | 2023-02-12 03:13:15 | I love you too |
| Urbanfox#9678 | 2023-02-12 03:13:23 | My cock is craving u |

5.  Discord Chat of Suspect Asking for CSAM After Acknowledging Victim's Age and Illegal Conduct

| DISCORD ACCOUNT | DATE/TIME | MESSAGE |
|---|---|---|
| Urbanfox#9678 | 2023-02-13 21:43:53 | Baby girl take a picture of you in doggy for me |
| Urbanfox#9678 | 2023-02-13 21:43:59 | Get on the floor rq |
| Urbanfox#9678 | 2023-02-13 21:44:04 | And prop ur phone against the wall |
| Urbanfox#9678 | 2023-02-13 21:44:11 | And show me u in doggy from the back |
| Mushroom#0324 | 2023-02-13 21:44:26 | Hehe you wanna see my ass? |
| Urbanfox#9678 | 2023-02-13 21:44:31 | Mhm |
| Urbanfox#9678 | 2023-02-13 21:44:39 | Take 2 pics actually |
| Urbanfox#9678 | 2023-02-13 21:44:42 | One with ur legs closed |
| Urbanfox#9678 | 2023-02-13 21:44:46 | And one with them open please |
| Mushroom#0324 | 2023-02-13 21:44:54 | Okii |
| Urbanfox#9678 | 2023-02-13 21:44:58 | Make sure you stick that ass out for daddy |
| Urbanfox#9678 | 2023-02-13 21:45:01 | Arch ur back baby girl |

| Mushroom#0324 | 2023-02-13 21:47:41 | That was hard to take lol |
|---|---|---|
| Urbanfox#9678 | 2023-02-13 21:47:45 | Omg baby |
| Urbanfox#9678 | 2023-02-13 21:47:50 | I want to be right there |
| Urbanfox#9678 | 2023-02-13 21:47:51 | So badly |
| Urbanfox#9678 | 2023-02-13 21:48:03 | I want my cock so deep inside u rn |
| Urbanfox#9678 | 2023-02-13 21:48:19 | And I want to grab ur hips and fuck ur pussy till u cum |
| Urbanfox#9678 | 2023-02-13 21:48:40 | Omg I need it |
| Mushroom#0324 | 2023-02-13 21:48:50 | Pleaseeee |
| Urbanfox#9678 | 2023-02-13 21:48:52 | Get back on ur bed |
| Mushroom#0324 | 2023-02-13 21:48:53 | Daddyy |
| Urbanfox#9678 | 2023-02-13 21:48:57 | And strip naked |
| Mushroom#0324 | 2023-02-13 21:49:00 | Can I please cum? |
| Mushroom#0324 | 2023-02-13 21:49:06 | Im already there |
| Urbanfox#9678 | 2023-02-13 21:49:18 | Take a video of you cumming baby girl |
| Urbanfox#9678 | 2023-02-13 21:49:22 | And yes I give you permission |
| Urbanfox#9678 | 2023-02-13 21:49:27 | But let me see |
| Urbanfox#9678 | 2023-02-13 21:49:36 | Leave sound on please |